UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-05927-JLS-RAO                     Date: March 16, 2026
Title: SEKO Worldwide, LLC v. Ampak Logistics, Inc.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

   Kelly Davis                                      N/A
   Deputy Clerk                               Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

   Not Present                                Not Present

**PROCEEDINGS:  (IN CHAMBERS)  ORDER TO SHOW CAUSE RE SUBJECT MATTER JURISDICTION**

Plaintiff SEKO Worldwide, LLC ("SEKO") filed this action against Defendant Ampak Logistics, Inc. on June 30, 2025.  (Compl., Doc. 1.)  SEKO's First Amended Complaint ("FAC") alleges that this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a), "as SEKO and Ampak are citizens of different states, and the amount in controversy exceeds the sum of $75,000."  (FAC ¶ 7, Doc. 23.)

"Federal courts are courts of limited jurisdiction."  *Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 377 (1994).  As the party invoking federal jurisdiction, SEKO has the burden of establishing that this case is within the Court's jurisdiction.  *See id.* SEKO states that "each member of SEKO was and is a citizen of the State of Delaware," and therefore "SEKO was and is a citizen of the State of Delaware."  (FAC ¶¶ 2–3.) However, SEKO's allegations regarding the citizenship of its members are wholly conclusory.  SEKO does not identify any of its members, nor provide any facts to allow the Court to determine the members' citizenship.  *See Kirby Morgan, Inc. v. Hydrospace, Ltd.*, 2009 WL 32588, at *3 (C.D. Cal. Jan. 2, 2009) ("[I]n determining the citizenship of parties, the Court demands much more than unsubstantiated, conclusory allegations."). Thus, SEKO has insufficiently alleged the citizenship of its members, and therefore has failed to establish the citizenship of SEKO itself.  *See Johnson v. Columbia Props.*

---

**CIVIL MINUTES – GENERAL**                                             1

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  2:25-cv-05927-JLS-RAO                    Date: March 16, 2026
Title: SEKO Worldwide, LLC v. Ampak Logistics, Inc.

*Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006).  SEKO has therefore failed to show that complete diversity exists.

Accordingly, SEKO is ORDERED to show cause, in writing, no later than **seven (7) days** from the date of this Order, why this action should not be dismissed for want of federal jurisdiction.  Failure to timely respond will result in the dismissal of this action.

Initials of preparer: kd